FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 13 2018
ARTHUR JOHNSTON
BY ______ DEPUTY

## COMPLAINT

Harris
(Last Name) (Identification Number)

Robert
(First Name) (Middle Name)

Rankin County Jail
(Institution)

221 N. Timber St., Brandon Ms. 39042
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V. CIVIL ACTION NUMBER: 3:18cv387 HTW-LRA
(to be completed by the Court)

Sheriff Victor Mason
Warden Mary Rushing
Officer Owens
4 unknown Named offenders

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Robert Harris Prisoner Number: ______

Address: Rankin County Jail, 221 N. Timber Street, Brandon, MS. 39042

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Victor Mason is employed as Sheriff Hinds County at Hinds County Detention Center Jackson, MS

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Robert Harris ADDRESS: 221 N. Timber Street, Brandon, MS 39042

DEFENDANT(S):

| NAME: | ADDRESS: |
| --- | --- |
| Sheriff Victor Mason | 1450 County Farm Rd, Raymond MS. |
| Warden Mary Rushing | 1450 County Farm Rd Raymond MS |
| Officer Owens | 1450 County Farm Rd Raymond MS. |
| 7 unknown Named officers | 1450 County Farm Rd, Raymond MS. |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:____________________
2. Court (if federal court, name the district; if state court, name the county):________
3. Docket Number:____________________
4. Name of judge to whom case was assigned:____________________
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)____________________

CASE NUMBER 2.

1. Parties to the action:____________________
2. Court (if federal court, name the district; if state court, name the county):________
3. Docket Number:____________________
4. Name of judge to whom case was assigned:____________________
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)____________________



## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On OR About May 3, 2018, At The Hinds County Detention Center, I WAS Assaulted By Seven (7) Unknown Name offenders, On C-2 pod. officer Owens WAS on duty At The Time. All The Cell Doors WAS Unsecured, And I WAS Asleep At The Time of The Assault. Seven Gang Members Assaulted me. officer Owens Had knowledge that The Door WAS unsecured (Continue on Next Page)

RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Corrective Measures Be Taken So That This Will Not Happen to No one else One Hundred Thousand Dollars (100,000.00) from Each Defendant And Criminal Charges Against The 7 offenders

Signed this 10th day of June, 2018.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Robert Harris
Signature of plaintiff

I Was Sleep One Early morning on May 3, 2018 when 7 Inmates entered my unsecured door and Jumped on me and took my belongings I was escorted to medical by security officer Owens I had a swollen head and face and also two black eyes The officer asked me what I had done and I told him nothing I was asleep so I don't know were this came from and also after me being took to medical I was took to another populated unsecured Zone I was beaten badly I could barely Talk I Just Want some Justice at my service cause this could keep happening to other Innocent Inmates.

Signed By: Robert Harris